IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Eric Lorenzo Moultrie, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 4:14-337-RMG |
| vs. ) | |
| ) | |
| Southern Health Partners, RN Pam ) | |
| Ard and Dr. Bush, ) | |
| ) | **ORDER** |
| Defendants. ) | |
| ) | |

This matter comes before the Court on the Report and Recommendation ("R & R") of the Magistrate Judge recommending that Plaintiff's motion for preliminary injunction be denied as moot, Defendants' motion for summary judgment as to any federal causes of action be granted, and the Court decline to exercise its jurisdiction over any remaining state law claims. (Dkt. No. 64). Plaintiff, who is acting *pro se*, was advised by the Magistrate Judge that any objections to the R & R must be filed within 14 days of the service of the R & R, and the failure to timely file any objections to the R & R would result in limited review by the District Court and waiver of the right of appellate court appeal. (Dkt. No. 64-1). Despite this notice, Plaintiff failed to file any objections to the R & R.

The Court has reviewed the R & R in this matter, the underlying record and the applicable law on this matter and has concluded that the Magistrate Judge ably and correctly summarized the factual and legal issues in this matter. Further, the Court has concluded that the Magistrate Judge appropriately recommended that the Plaintiff's motion for preliminary injunction should

be denied as moot, the Defendant's motion for summary judgment regarding any potential federal law claims should be granted, and the Court should decline to exercise its jurisdiction over any potential state law claims. Consequently, the Court adopts the R & R of the Magistrate Judge in full. Plaintiff's motion to dismiss (Dkt. No. 27) is **DENIED**, Defendants' motion for summary judgment regarding any federal law claims (Dkt. No. 47) is **GRANTED**, and the Court **DECLINES TO ACCEPT JURISDICTION** on any state law claims. The case is, therefore, **DISMISSED**.

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

Charleston, South Carolina
November _7_, 2014